IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pawelek, Michelle | Case Number: 05 B 45088 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/18/08 | Filed: 10/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 31, 2008
Confirmed: December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,420.00 | |
| Secured: | | 9,012.80 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,800.00 |
| Trustee Fee: | | 607.20 |
| Other Funds: | | 0.00 |
| Totals: | 11,420.00 | 11,420.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Richardson Stasko Boyd & Mack LLC | Administrative | 1,800.00 | 1,800.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 17,977.01 | 6,830.72 |
| 5. | CitiFinancial Mortgage | Secured | 4,000.00 | 2,182.08 |
| 6. | World Financial Network Nat'l | Unsecured | 511.34 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 313.27 | 0.00 |
| 8. | Specialized Management Consultants | Unsecured | 1,092.26 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 5,783.23 | 0.00 |
| 10. | Wells Fargo Fin Acceptance | Unsecured | 274.72 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 1,057.03 | 0.00 |
| 12. | Marshall Field & Company | Unsecured | 988.94 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 434.19 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 10,405.78 | 0.00 |
| 15. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 16. | The Neurocenter | Unsecured | | No Claim Filed |
| | | | $ 44,637.77 | $ 10,812.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 292.60 |
| 5% | 65.00 |
| 4.8% | 76.80 |
| 5.4% | 172.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Pawelek, Michelle

Printed:  3/18/08

Case Number:  05 B 45088
Judge:  Wedoff, Eugene R
Filed:  10/6/05

_____
$ 607.20

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

